## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **VIRTUAL GAMING TECHNOLOGIES, LLC,**<br><br>    *Plaintiff,*<br><br>    v.<br><br>**DRAFTKINGS, INC.,**<br><br>    *Defendant.* | Civil Action No. 2:15-cv-1706 |
| **VIRTUAL GAMING TECHNOLOGIES, LLC,**<br><br>    *Plaintiff,*<br><br>    v.<br><br>**NFL ENTERPRISES, LLC,**<br><br>    *Defendant.* | Civil Action No. 2:15-cv-1715 |

### ORDER OF DISMISSAL WITH PREJUDICE

On this date came for consideration the Joint Motion to Dismiss With Prejudice. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Joint Motion to Dismiss With Prejudice be and hereby is GRANTED, and that all claims asserted in this action against NFL Enterprises, LLC by Plaintiff are hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

**SIGNED this 28th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE